AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

MAY 27 2016

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Dahlia Joseph

**CRIMINAL COMPLAINT**

Case Number: M-16-1024-M

IAE   YOB: 1974
**Trinidad and Tobago**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 25, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Trinidad and Tobango in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ __(Felony)__
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Dahlia Joseph was encountered by Border Patrol Agents near Mission, Texas on May 25, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 25, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 5, 20014, through Los Angeles, California. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 21, 2002, the defendant was convicted of Willful Cruelty to Child and sentenced to eighteen (18) months probation.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Approved by: Leo J. Leo, III
AUSA

Sworn to before me and subscribed in my presence,

**Signature of Complainant**
**Adan De Los Santos     Senior Patrol Agent**

May 27, 2016

**Peter E. Ormsby**, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**